United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13958-elf
John Patrick Kerr                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia             Page 1 of 2              Date Rcvd: Jul 11, 2019
                            Form ID: pdf900            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA  19040-1222
14345001       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
14345002       +Bank of America NA,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14345003       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14345006        Carrington Mortgage Services,    P.O. Box 79001,    Phoenix, AZ 85062-9001
14351195       +Carrington Mortgage Services LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14345007        Chrysler Capital,    PO Box 660647,    Dallas, TX 75266-0647
14345008       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14345012        HSBC,   P.O. Box 98706,    Las Vegas, NV 89193-8706
14345013        LaSalle Bank NA,    376 Stateview Boulevard,    Fort Mill, SC 29715
14345015        Meredith Wooters, Esquire,    MANLEY DEAS KOCHALSKI LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14345016        Ocwen Loan Servicing, LLC,    P.O. Box 24736,    West Palm Beach, FL 33416-4736
14345017       +PHH Mortgage Services,    1 Mortgage Way,    Mail Stop: SVCF,    Mount Laurel, NJ 08054-4637
14345018       +PNC Bank,    PO 3180,    Pittsburgh, PA 15230-3180
14345019        Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
14347544        U.S. BANK NATIONAL ASSOCIATION, ET.AL.,    C/o Mario J. Hanyon, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14350464        U.S. BANK NATIONAL ASSOCIATION, et.al.,    C/o Jerome Blank, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14345022       +US Bank National Association,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007
14345023       +Wells Fargo Bank, N.A.,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14345004       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:01:52      Cach LLC,
                 P O Box10497,    Greenville, SC 29603-0497
14345005        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:01:36      Cach LLC,
                 P O Box10587,    Greenville, SC 29603-0587
14345009        E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 03:01:35      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14345011        E-mail/Text: mrdiscen@discover.com Jul 12 2019 11:04:55      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
14345010        E-mail/Text: mrdiscen@discover.com Jul 12 2019 11:04:55      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14345014        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:02:07      LVNV Funding,
                 P.O. Box 10587,    Greenville, SC 29603-0587
14345021       +E-mail/PDF: cbp@onemainfinancial.com Jul 12 2019 03:02:00      Springleaf,    961 Weigel Dr,
                 Elmurst, IL 60126-1058
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14345020*       Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jul 11, 2019
                              Form ID: pdf900             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor     Specialized Loan Servicing, LLC, as servicer for Morgan
               Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| John Patrick Kerr | ) | Chapter 13 |
| | ) | |
| | ) | 19-13958 ELF |

**O R D E R**

**AND NOW**, upon consideration of Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) (the "Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED.**
2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date:** 7/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**