# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 19-13958-ELF

JOHN PATRICK KERR

430 ASHLEY DRIVE

HATBORO, PA 19040-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN PATRICK KERR

430 ASHLEY DRIVE

HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

                          /S/ William C. Miller

Date: 9/5/2019

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee