IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOHN P. KERR :
        Debtor : BK. No. 19-13958 ELF

## ORDER

(Doc. # 43)

AND NOW, this 20th day of November, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
**ERIC L. FRANK**
XXXXXX U.S. BANKRUPTCY JUDGE