IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN PATRICK KERR,<br>   Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>   Movant<br> v.<br><br>JOHN PATRICK KERR and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>   Respondents | Bankruptcy No. 19-13958-elf<br><br>Chapter 13<br><br>Related to Doc. No. 45 and 46<br><br>Hearing Date: 12/17/2019<br>Time: 9:30 a.m.<br>Location: Courtroom #1, Nixon Building<br><br>Response Deadline: 12/05/2019 |

## CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on November 21, 2019 I served a copy of the *Motion for Relief from the Automatic Stay and Co-Debtor Stay* and a copy of the *Notice of Motion, Hearing Date, and Response Deadline* by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

| | |
|---|---|
| JOHN PATRICK KERR<br>430 ASHLEY DRIVE<br>HATBORO, PA 19040-1222 | ALBERT J. SCARAFONE, JR.<br>HILL, FRIEDLAND & SCARAFONE<br>1717 SWEDE ROAD, SUITE 200<br>BLUE BELL, PA 19422-3372 |
| LINDANN KERR<br>430 ASHLEY DRIVE<br>HATBORO, PA 19040-1222 | LINDANN KERR<br>5315 N AMERICAN ST<br>PHILADELPHIA, PA 19120-3231 |
| LINDANN KERR<br>920 EMERSON ST, APT E200<br>PHILADELPHIA, PA 19111-1449 | UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET, SUITE 502<br>PHILADELPHIA, PA 19106 |
| WILLIAM C. MILLER, ESQ.<br>CHAPTER 13 TRUSTEE<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | |

                              By:/s/ Keri P. Ebeck