United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Patrick Kerr  
    Debtor

Case No. 19-13958-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                       Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db         John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA   19040-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg             E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:11:52     City of Philadelphia,  
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
               Philadelphia, PA   19102-1595  
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:30  
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
               Harrisburg, PA   17128-0946  
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48     U.S. Attorney Office,  
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:  
       ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,  
        ascarafone@gmail.com;r39418@notify.bestcase.com  
       JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com  
       KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for Morgan  
        Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in  
        interest to Bank of America, National Association kebeck@bernsteinlaw.com,  
        jbluemle@bernsteinlaw.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture  
        Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture  
        Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL.  
        paeb@fedphe.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
                                                                                                         TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN P. KERR | : | |
| Debtor | : | BK. No. 19-13958 ELF |

**ORDER** (Doc. # 43)

AND NOW, this 20th day of November, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

ERIC L. FRANK
X̶X̶X̶X̶X̶X̶ U.S. BANKRUPTCY JUDGE