IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN PATRICK KERR | : | |
| Debtor | : | BK. No. 19-13958 ELF |

## ORDER

(Doc. # 55)

AND NOW, this 13th day of December, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

ERIC L. FRANK
~~CHIEF~~ U.S. BANKRUPTCY JUDGE