IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN PATRICK KERR,<br>        Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>        Movant<br>  v.<br><br>JOHN PATRICK KERR and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>        Respondents | Bankruptcy No. 19-13958-elf<br><br>Chapter 13<br><br>Document No. 45, 52 |

ORDER OF COURT

AND NOW, this  6th  day of      January      , 2020, upon consideration of the parties' Stipulation Resolving Motion for Relief from the Automatic Stay (Doc. # 59), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**