IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> JOHN PATRICK KERR, <br>　　　　　Debtor <br><br> SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, <br>　　　　　Movant <br>　　v. <br><br> No Respondents | Bankruptcy No. 19-13958-elf <br><br> Chapter 13 <br><br> Related to Doc. No. 13 <br><br> Hearing Date: 01/14/2020 <br> Time: 10:00 a.m. <br> Location: Courtroom #1, Nixon Building |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Plan* at Document No. 13.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　By:/s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　PA I.D. #91298
　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　(412) 456-8112

　　　　　　　　　　　　　　　　　　　*Counsel for Specialized Loan Servicing, LLC, As Servicer For Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, As Trustee, Successor In Interest To Bank Of America, National Association, As Trustee, Successor By Merger To Lasalle Bank National Association, As Trustee*

Dated: January 13, 2020