UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    John Patrick Kerr    )  Chapter 13
                                     )
                                     )  19-13958 ELF

### **CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of February 7, 2020, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

                            /s/ Albert J. Scarafone
                            Albert J. Scarafone, Jr., Esq.
                            Hill, Friedland & Scarafone
                            1717 Swede Road, Suite 200
                            Blue Bell, PA 19422-3372
                            (610) 275-4000