United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13958-elf
John Patrick Kerr                                                   Chapter 13
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia             Page 1 of 2          Date Rcvd: Feb 12, 2020
                              Form ID: pdf900            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA 19040-1222
14426208        Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                 Blue Bell, PA 19422-3372
14345001       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
14345002        +Bank of America NA,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14345003        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14345006         Carrington Mortgage Services,    P.O. Box 79001,    Phoenix, AZ 85062-9001
14351195        +Carrington Mortgage Services LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14345007         Chrysler Capital,    PO Box 660647,    Dallas, TX 75266-0647
14345008        +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14381351        +Deutsche Bank National Trust Company et. al,,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14345012         HSBC,    P.O. Box 98706,    Las Vegas, NV 89193-8706
14345013         LaSalle Bank NA,    376 Stateview Boulevard,    Fort Mill, SC 29715
14345015         Meredith Wooters, Esquire,    MANLEY DEAS KOCHALSKI LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14345016         Ocwen Loan Servicing, LLC,    P.O. Box 24736,    West Palm Beach, FL 33416-4736
14345017        +PHH Mortgage Services,    1 Mortgage Way,    Mail Stop: SVCF,    Mount Laurel, NJ 08054-4637
14345018        +PNC Bank,    PO 3180,    Pittsburgh, PA 15230-3180
14345019         Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
14347544         U.S. BANK NATIONAL ASSOCIATION, ET.AL.,    C/o Mario J. Hanyon, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14377174        +U.S. BANK NATIONAL ASSOCIATION, et.al.,    PHH MORTGAGE CORPORATION,
                 1 MORTGAGE WAY, MAIL STOP SV-22,    MT. LAUREL NJ 08054-4637
14350464         U.S. BANK NATIONAL ASSOCIATION, et.al.,    C/o Jerome Blank, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14380274        +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14345022        +US Bank National Association,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007
14345023        +Wells Fargo Bank, N.A.,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:44    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14358572        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:13:45     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14345004       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:14:36     Cach LLC,
                 P O Box10497,    Greenville, SC 29603-0497
14345005        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:15:28     Cach LLC,
                 P O Box10587,    Greenville, SC 29603-0587
14345009        E-mail/PDF: creditonebknotifications@resurgent.com Feb 13 2020 03:13:43    Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14345011        E-mail/Text: mrdiscen@discover.com Feb 13 2020 03:06:53    Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
14345010        E-mail/Text: mrdiscen@discover.com Feb 13 2020 03:06:53    Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14345014        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:13:45     LVNV Funding,
                 P.O. Box 10587,    Greenville, SC 29603-0587
14358571        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:14:35     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14345021       +E-mail/PDF: cbp@onemainfinancial.com Feb 13 2020 03:13:31    Springleaf,    961 Weigel Dr,
                 Elmurst, IL 60126-1058
                                                                                               TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14345020*       Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
14380780*      +U.S. BANK NATIONAL ASSOCIATION, et.al.,    PHH MORTGAGE CORPORATION,
                 1 MORTGAGE WAY, MAIL STOP SV-22,    MT. LAUREL NJ 08054-4637
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia            Page 2 of 2             Date Rcvd: Feb 12, 2020
                              Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:

```
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
          KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for Morgan
           Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in
           interest to Bank of America, National Association kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN PATRICK KERR, | : | |
| Debtor | : | Bky. No. 19-13958 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: Feb. 12, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**